IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

GERMAINE BURNS,

                Plaintiff,

     v.

TRUMP TAJ MAHAL CASINO RESORT,
et al.,

                Defendants.

Civil Action
No. 04-4681 (JBS)


ORDER FOR
ADMINISTRATIVE
TERMINATION

 

This matter came before the Court upon the Notice of Commencement of Chapter 11 Bankruptcy and Automatic Stay Pursuant to 11 U.S.C. § 362, filed December 8, 2004 in the above-captioned case; and

It appearing that this case must be stayed pursuant to Section 362 of Title 11, unless or until the Bankruptcy Court grants relief from the automatic stay;

**IT IS** this ___**20th**___ day of December, 2004 hereby

**ORDERED** that Clerk of Court shall **ADMINISTRATIVELY TERMINATE** this case upon his docket, **WITHOUT PREJUDICE** to the right of any party to reopen this case for further proceedings consistent with law.


**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge