

**COOPER LEVENSON**
ATTORNEYS AT LAW

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 JUN -1  A 11: 42

1125 Atlantic Avenue
Atlantic City, NJ 08401
Phone 609-344-3161
Toll Free 800-529-3161
Fax 609-344-0939
www.cooperlevenson.com

**RUSSELL L. LICHTENSTEIN**
Also Admitted to PA Bar
Certified by the N.J. Supreme Court as a Civil Trial Attorney
Certified by the National Board of Trial Advocacy as a Civil Trial Advocate
EMAIL: rlichtenstein@cooperlevenson.com

Direct Phone (609) 572-7676
Direct Fax (609) 572-7677

FILE NO.: 40,014.293

May 27, 2005

Jordan E. Trager, Esquire
153 main Street – Suite 7
Sayville, New York  11782

Re:   Germaine Burns v. Trump Taj Mahal Associates, et al
      Civil Action No:  04-CV 4681(JBS)

Dear Mr. Trager:

Trump Taj Mahal Associates d/b/a Trump Taj Mahal Casino Resort filed for bankruptcy on November 21, 2004. The Bankruptcy Court established January 18, 2005 as the date by which all holders of claims that arose before November 21, 2004 had to file Proofs of Claim with the Court. The Bankruptcy Court Order which set this bar date provided that failure to timely file a Proof of Claim for any claim that arose before November 21, 2004 would result in that claim being forever barred.

I have been advised by bankruptcy counsel for my client that neither you nor your clients filed a timely Proof of Claim. Therefore your claim is barred and you are prohibited from pursuing any claim against Trump Taj Mahal Associates d/b/a Trump Taj Mahal Casino Resort arising from the incident in question. If you do pursue such a claim, Trump Taj Mahal Associates d/b/a Trump Taj Mahal Casino Resort will seek an Order of the Bankruptcy Court enjoining you from proceeding and awarding sanctions against you.

Thank you for your attention.

Very truly yours,

RUSSELL L. LICHTENSTEIN

RLL:csl
cc:   Clerk, USDC

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.

ATLANTIC CITY
CHERRY HILL
CAPE MAY COURT HOUSE
PRINCETON
NORTHFIELD